IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNE**FILED**
AT MURFREESBORO

**MAY 06 2022**
10:23 O'CLOCK A M
MELISSA HARRELL
DEPUTY CLERK

| PATTY COMPTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| v. | ) | DOCKET NO: |
| | ) | JURY OF TWELVE DEMANDED |
| WALMART, INC, | ) | |
| | ) | 79720 |
| DEFENDANT. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Patty Compton, (hereinafter: the "Plaintiff") for her cause of action against

Defendant, Walmart, Inc., would respectfully show unto this Honorable Court as follows:

### PARTIES, JURISDICTION and VENUE

1. The Plaintiff is a citizen and resident of Rutherford County, Tennessee.

2. Defendant, Walmart, Inc. is an active Delaware corporation authorized to be doing

   business in Tennessee, whose agent for service of process is C T Corporation System,

   300 Montvue Rd., Knoxville, Tennessee 37919-5546.

3. The incident from which these injuries to the Plaintiff arise occurred in and venue is

   proper in Rutherford County, Tennessee.

4. On or about June 1, 2021, the Plaintiff was a lawful guest upon the premises of

   Defendant Walmart's store (#2757) located at 2012 Memorial Blvd, Murfreesboro,

   TN 37219 (hereinafter "subject premises').

5. The Defendant, Walmart Inc. owns, operates and maintains the subject premises.

6. While the Plaintiff was walking through the store, there were two tables set up with

   employees or vendors who appeared to be selling something. There was a rug under

   the tables that was bunched up or folded up under one of the legs and sticking out too

**EXHIBIT**

**B**

tabbies®

1

far. As the Plaintiff was walking toward the trash can near the tables to dispose of trash, she suddenly, and without warning, was tripped by the improperly placed mat when her foot caught it, which caused her to fall and sustain serious bodily injuries.

7. The Plaintiff's trip and fall was proximately caused by the negligence of the Defendants and/or its agents or employees who maintained the subject premises in a dangerous condition, and failed to take appropriate safety precautions, thereby causing serious hazards to the Plaintiff.

8. The Defendant, Walmart Inc., was negligent in that it failed to maintain a safe environment for its guests when it created a dangerous condition by placing a rug improperly on the floor in the walkway of guests or, in the alternative, allowed a rug to remain improperly stored under a table, so as to create a dangerous condition to customers and others.

9. The Defendant knew or should have known of the dangerous condition in existence upon the subject premises at the time of the accident.

10. The Defendant was negligent in failing to warn the Plaintiff of the hazard that existed on the subject premises.

11. The Defendant was negligent of the common law in maintaining an unsafe condition herein referred to, which negligence ultimately caused Plaintiff's injuries and damages.

12. Through the above-listed acts and omissions, the Defendant failed to use the ordinary care that ordinarily careful business owners and/or persons would use to avoid injury to others under the same or similar circumstances.

2

13. As a direct and proximate result of the negligence of Defendant, and its officers, agents, employees, and/or servants, the Plaintiff suffered serious, disabling, painful and permanent bodily injuries, causing the Plaintiff to become liable for medical and other expenses and to suffer an impairment to her body.

14. As a direct and proximate result of the negligence of Defendant and its employees, the Plaintiff alleges that she is entitled to damages, including but not limited to the following specific items of damages:

   a.    Physical pain, both past and future;

   b.    Emotional suffering and grief, both past and future;

   c.    Health care expenses; both past and future;

   d.    Permanent disability and impairment;

   e.    Loss of enjoyment of life;

   f.    Costs of this cause; and

   g.    All other general damages and other relief allowed under the laws of the state of Tennessee to which he is entitled.

**WHEREFORE, PLAINTIFF PRAYS:**

1.  For a judgment against the Defendant holding them liable for compensatory damages in an amount to be determined by the jury in this cause sufficient to adequately compensate the Plaintiff for her injuries and losses, in excess of $25,000.00.

2.  For cost of this matter to be taxed to the Defendants.

3.  That service of process issue and be served upon Defendants requiring the Defendants to appear and answer within the time required by law.

3

4. For a jury trial to try this matter.

5. For such other, further and general relief to which Plaintiff is entitled under the law.

Respectfully Submitted,

MORGAN & MORGAN-NASHVILLE

_____
CARRIE LABREC, BPR No. 26865
810 Broadway, Suite 105
Nashville, TN 37203
P: (615) 780-6310
F: (615) 780-6410
E: clabrec@forthepeople.com
*Attorney for Plaintiff*

State of Tennessee, Rutherford County
The undersigned Circuit Court Clerk of the said County and State, hereby certifies that the foregoing is a correct copy of the instrument filed in the foregoing case in the Circuit Court of Murfreesboro, Tennessee.
This _____ day of _____
MELISSA HARRELL

_____
Deputy Clerk

4