# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **PATTY COMPTON,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) No. 3:23-cv-00156 |
| | ) **JURY DEMAND** |
| **WAL-MART STORES EAST, LP,** | ) |
| **Defendant.** | ) |

## AGREED STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This matter came before the Court on the parties' joint motion for entry of an agreed stipulation and order of final dismissal with prejudice pursuant to Fed. R. Civ. P. 41. It appears to the Court, as evidenced by the signatures of the parties' respective counsel below, that all matters in controversy have been compromised and settled. Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel's signature below, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, TennCare and/or Medicare, will be satisfied by plaintiff from the settlement proceeds as required by law.

Based on the agreement of the parties, the joint motion of the parties, and the record as a whole, it appears to the Court that the parties' joint motion should be granted and that this matter should be dismissed with prejudice.

It is therefore ORDERED, ADJUDGED, AND DECREED that the parties' joint motion is hereby GRANTED and that this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

1

Case 3:23-cv-00156   Document 21   Filed 11/29/23   Page 1 of 2 PageID #: 74

IT IS SO ORDERED on this 29th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

/s/ G. Andrew Rowlett
G. Andrew Rowlett, No. 16277
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
(615)244-3370
arowlett@howell-fisher.com
Attorney for Defendant


/s/ Carrie LaBrec (with express written permission by GAR)
Carrie LaBrec, No. 26865
MORGAN & MORGAN - NASHVILLE, PLLC
810 Broadway, Suite 105
Nashville, TN 37203
(615) 780-6310
clabrec@forthepeople.com
Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via the electronic filing system upon:

Carrie LaBrec
MORGAN & MORGAN - NASHVILLE, PLLC
810 Broadway, Suite 105
Nashville, TN 37203
(615) 780-6310
clabrec@forthepeople.com

this the 28th day of November, 2023.

/s/ G. Andrew Rowlett

2

Case 3:23-cv-00156    Document 21    Filed 11/29/23    Page 2 of 2 PageID #: 75